# DIVIDENDS REMITTED TO THE COURT
## Check Number 3016, Dated 07/21/10
Case Number 09-19266 - CARLTON, MATTHEW PHILIP

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Dominion East Ohio Gas<br>PO Box 26785<br>Richmond, VA 23261-6785 | 000015 | 89.61 | 4.40 |
| OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>　(16-1) ELECTRIC SERVICE | 000016 | 33.27 | 1.63 |
| City Of Akron<br>Public Utilities Bureau<br>146 S High St Rm 121<br>Akron, OH 44308-1421<br>　(18-1) Unpaid water bill | 000018 | 50.03 | 2.45 |
| ---------- Remittance Total --------------- | | 172.91 | 8.48 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE